## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-01364-RGA |
| v. | ) |
| | ) |
| BMC STOCK HOLDINGS, INC., JAMES O. LEARY, DAVID E. FLITMAN, MARK A. ALEXANDER, CHEEMIN BO-LINN, CORY J. BOYDSTON, HENRY BUCKLEY, DAVID W. BULLOCK, DAVID L. KELTNER, MICHAEL T. MILLER, AND CARL R. VERTUCA, JR., | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 25, 2020

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*